139090

UNITED STATES DISTRICT COURT
District of Minnesota
PETITION FOR ADMISSION PRO HAC VICE

RECEIVED
BY MAIL
FEB 04 2002
CLERK US DIST COURT
ST. PAUL, MN

**Case Number: 01-CV-2426 JMR/FLN**

**Affidavit of Movant**

I, Jonathan S. Parritz, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice L. Denise Galambos, an attorney admitted to practice in the District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( X ) defendant in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature

01/25/02
Date

Minnesota Attorney License Number: 177581

Law Firm Name and Address:
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200 Telefax: (612) 672-8397

**Affidavit of Proposed Admittee**

I, L. Denise Galambos, am currently a member in good standing of the U.S. District Court for the District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

L. Denise Galambos
Type/Print Name

Signature

Jan. 24, 2002
Date

Attorney License Number: 453080

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5664 Telefax: (202) 739-3001

Case Number: 01-CV-2426 Judge Assigned: James M. Rosenbaum

Case Title: *Jill Mari Embry v. Deltec,Inc., et al*

Motion Granted:
For the Court, Francis E. Dosal, Clerk

FEB 04 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, MN 55101

FILED FEB 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

12/97

33921.1