UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2426 (JMR/FLN)

| | | |
|---|---|---|
| Jill Mari Embry | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Deltec Inc., et al | ) | |

This matter came before the Court on defendants' motion for partial dismissal.

The Court directs that such motion be referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: March 6 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED MAR 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS