UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jill Mari Embry, Civil No. 01-2426 JMR/FLN

Plaintiff,

v. ORDER

Deltec, Inc., et al,

Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 6, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss Counts I and II (Race and Sex Discrimination in Violation of Title VII and MHRA) of the Complaint against the individually named Defendants is GRANTED;

2. Defendants' Motion to Dismiss Count IV (Misappropriation of Trade Secrets) of the Complaint is GRANTED in part and DENIED in part as follows:

   a. Insofar as the Motion seeks to Dismiss Count IV as it pertains to Defendants Deltec, Potasnak and Pope, it is DENIED;

   b. Insofar as the Motion seeks to Dismiss Count IV as it pertain to Defendant Ms. Reichow, it is GRANTED;

FILED JUL 3 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

3. Defendants' Motion to Dismiss Count VI (Tortious Interference with Contract) of the Complaint is DENIED;

4. Defendants' Motion to Dismiss Count VIII (Defamation) of the Complaint is DENIED.

Dated: July 1st, 2002.

JAMES M. ROSENBAUM
Chief Judge, United States District Court