# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard Stanford

Plaintiff

v.

Jo Anne B. Barnhart

Defendants

Case No. Civil 01-2126 RHK/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment is denied. Defendant's motion for summary judgment is granted.

DATE: October 16, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Victoria Moralez, Deputy Clerk

26