# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JILL MARI EMBRY,<br><br>Plaintiff,<br><br>vs.<br><br>DELTEC, INC., ET AL.,<br><br>Defendants. | Case No. 01-CV-2426 (JMR/FLN)<br><br>**JOINT STIPULATION (AND ORDER) TO AMEND PRETRIAL SCHEDULING ORDER** |

The parties, through their undersigned counsel, hereby stipulate and agree that the Court's Scheduling Order be amended as follows:

<u>Expert Disclosure and Discovery</u>

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   1) By all parties on or before June 9, 2003, with respect to initial experts.

   2) By all parties on or before July 1, 2003, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

   1) By all parties on or before July 1, 2003, with respect to initial expert reports.

   2) By all parties on or before August 1, 2003, with respect to rebuttal expert reports.

c. Depositions of expert witnesses shall be completed on or before September 1, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

1-WA/1980646.1

FILED JUN 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dispositive Motions

a. All dispositive motions shall be filed and scheduled for hearing prior to November 3, 2003.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly local Rule 7.1(b).

Trial

a. This case shall be ready for trial on and after December 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 1-2 weeks.

DATED: June 13, 2003

United States District Judge

AGREED AND STIPULATED TO:

Dated: 5/30/03

Cox, Goudy, McNulty & Wallace, P.L.L.P.

Marcy S. Wallace #113967
Charles Cox, III
676A Butler Square
Minneapolis, MN 55403
612-338-1414

Attorneys for Plaintiff

Dated: 5/30/03

Morgan, Lewis & Bockius LLP

L. Denise Galambos
Adrienne A. Brown
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-3000

Maslon, Edelman, Borman & Brand, L.L.P.

Dated: ______________________

Jonathan S. Parritz
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-672-8334

Attorneys for Defendants