UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jill Mari Embry,

Plaintiff,

v.

Deltec, Inc., et al.,

Defendants.

Civil No. 01-2426 JMR/FLN

**ORDER**

---

Marcy Wallace, Esq., for Plaintiff.
Jonathan Parritz, Esq., for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on June 23, 2003 on Plaintiff's Motion to Compel Discovery [#23].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Discovery [#23] is **GRANTED**; and
2. James Stitt shall be produced by Deltec, Inc., for the taking of his deposition by oral examination upon reasonable notice of plaintiff's counsel.

DATED: June 27, 2003

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

JUN 27
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK