UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Case No.: 01-CV-2426 JMR/FLN

Jill Mari Embry,

Plaintiff,

v.

AMENDED PRETRIAL SCHEDULING ORDER

Deltec, Inc. f/k/a Sims Deltec, Inc. a/k/a Smith Industries Med Systems/Deltec, a Minnesota corporation; Rhall Pope, individually; Betty Potasnak, individually; and Nancy Reichow, individually.

Defendants.

---

The above-entitled matter came before the undersigned pursuant to the plaintiff's motion to amend certain aspects of the existing pretrial scheduling order. Based upon the joint agreement of the parties, and good cause being shown for the requested modifications, the Court amends the Pretrial Schedule as follows:

Expert Disclosure and Discovery

a. Disclosure of the identity of expert witness under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before June 9, 2003, with respect to initial experts.

2) By all parties on or before July 29, 2003, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before July 29, 2003, with respect to initial expert reports.

JUL 2 3 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

2) By all parties on or before August 22, 2003, with respect to rebuttal expert reports.

c. Depositions of expert witnesses shall be completed on or before September 22, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

Dispositive Motions

a. All dispositive motions shall be filed and scheduled for hearing prior to December 1, 2003.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in accordance with Local Rule 7.1. See particularly Local Rule 7.1(b).

Trial

a. This case shall be ready for trial on and after January 1, 2004, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 1-2 weeks.

DATED: July 23, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge