COPY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JILL MARI EMBRY,<br><br>Plaintiff,<br><br>vs.<br><br>DELTEC, INC., ET AL.,<br><br>Defendants. | Case No. 01-CV-2426 (JMR/FLN)<br><br>**[redacted]] AMENDED PRETRIAL SCHEDULING ORDER** |

The above-entitled matter came before the undersigned pursuant to Defendants' motion to amend certain aspects of the existing pretrial scheduling order. Based upon the joint agreement of the parties, and good cause being shown for the requested modifications, the Court amends the Pretrial Scheduling Order as follows:

**Dispositive Motions**

a. All dispositive motions shall be filed and scheduled for hearing prior to January 16, 2004.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in accordance with Local Rule 7.1. See particularly Local Rule 7.1(b).

**Trial**

a. This case shall be ready for trial on and after February 16, 2003, at which time it will be placed on the court's jury trial calendar. NO FURTHER EXTENSION WILL BE GRANTED

b. Trial is estimated to last 1-2 weeks.

Dated: October 31, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

NOV 0
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK