UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2426(JMR/FLN)

Jill Mari Embry )
)
v. ) ORDER
)
Deltec, Inc., et al. )

This matter is before the Court on defendants' motion for summary judgment. The Court heard oral argument on January 23, 2004.

Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, defendants' motion [Docket No. 42] is denied.

IT IS SO ORDERED.

Dated: January 23rd, 2004

JAMES M. ROSENBAUM
United States Chief District Judge

FILED JAN 2 3 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS