UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2426 (JMR/FLN)

| | | |
|---|---|---|
| Jill Embry<br><br>v.<br><br>Deltec, Inc., et al. | )<br>)<br>)<br>)<br>) | ORDER |

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 13th, 2004

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED FEB 13 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS